# GERALD J. DI CHIARA
## ATTORNEY AT LAW

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

LAURA DI CHIARA, ESQ.

30 East 33rd Street, 4th Fl
New York, New York 10016

(212) 679-1958
FAX NO. (646) 307-6984

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2020

**MEMO ENDORSED**

February 24, 2020

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re: U.S. v. Juan Hernandez
19 Cr 862(VC)

Dear Judge Caproni,

I respectfully request that the Court authorize 10 additional hours pursuant to the Criminal Justice Act to my associate, Laura Di Chiara, in this matter.

Due to Ms. Di Chiara's assistance in reviewing the Computer Drive provided by the Discovery Coordinator provided in this case consisting of voluminous material, as well visiting the client at the MDC at his request, while I was out of town, she has virtually exhausted the original 10 hours authorized by her initial associate appointment. This request will allow her to continue assisting in the defense of this client, particularly in the review of the voluminous discovery.

Respectfully,

Gerald J. Di Chiara

So Ordered:
_____
Honorable Judge Valerie E. Caproni

Date: 02/24/2020