# GERALD J. DI CHIARA
### ATTORNEY AT LAW

LAURA DI CHIARA, ESQ.

585 Stewart Avenue, Suite L-16
Garden City, New York 11530

(212) 679-1958
FAX NO. (646) 307-6984

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020
```

**MEMO ENDORSED**

March 12, 2020

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re:   U.S. v. Juan Hernandez
      19 Cr 862(VC)

Dear Judge Caproni,

    I respectfully request that the Court authorize 20 additional hours pursuant to the Criminal Justice Act to my associate, Laura Di Chiara.

    On February 24, 2020 the Court approved 10 additional hours for a total of 20 hours. Since that time, based upon Ms. Di Chiara's assistance in reviewing the computer drive provided by the discovery coordinator provided in this case, consisting of voluminous material, she has virtually exhausted the 10 additional hours.

    This request will allow her to continue assisting in the defense of this client, particularly in the review of the voluminous discovery.

Respectfully,

Gerald J. Di Chiara

---

Application GRANTED.

SO ORDERED.          Date: 03/16/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE