```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```



Gerald J. Di Chiara
Attorney at Law
585 Stewart Avenue
Garden City, N.Y. 11530
(212) 679-1958

Laura Di Chiara, Esq.

November 9, 2020

Judge Valerie Caproni
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

      Re:    **U.S. v. Juan Hernandez,**
               **19 Cr.862 (VEC)**

Dear Judge Caproni,

      I hereby request the appointment of Nicholas J. Pinto, as associate counsel for Juan Hernandez, pursuant to the Criminal Justice Act.

      Nicholas Pinto is an attorney admitted to practice before this Court, who is currently serving on the CJA panel for the Appellate Division, 2nd Circuit.
He has assisted me in representing numerous clients in the U.S. District Court for the Southern and Eastern District of New York, including second seating me in two trials to verdict in the Eastern District..

      This request for Mr. Pinto's appointment to this case is based largely upon the voluminous discovery this case presents that requires in person visits with Juan Hernandez at the MDC. Due to personal limitations for me, in visiting the defendant, as a result of the COVID virus, it is respectfully requested that the Court appoint Nicholas Pinto as associate counsel for this case. As noted the discovery is extensive and due to a protective Order,parts of it can only be reviewed in the presence of counsel, which will necessitate his traveling to the MDC and visiting him there. I respectfully request 50 hours of service at $ 110.00 per hour, for this appointment.

      His assistance will also include any necessary motion practice and in person plea offer discussions with Mr. Hernandez, as well as potential trial preparation.

                                    Sincerely,
                                    /s/ Gerald J. Di Chiara

The Court hereby authorizes the appointment of Mr. Pinto for 30 hours at a rate of $110.00 an hour. Counsel is welcome to submit a request for additional hours, as needed. Further requests should include detailed descriptions of the distribution of labor between Mr. Di Chiara and Mr. Pinto.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: November 10, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE