USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2021

**MEMO ENDORSED**

GERALD J. DI CHIARA
Attorney at Law

585 Stewart Avenue, Suite L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

March 15, 2021

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y. , N.Y. 10007

Re:   **U.S. v. Juan Hernandez**
      **19 CR** 862 (VEC)

Dear Judge Caproni,

     Jan Calloway is an approved interpreter for work on the CJA panel, assisting our office with translations in this matter. Due to the voluminous discovery presented in this matter, we hereby request permission for Ms. Calloway to bill her interpretive services above the $800.00 allowable, without Court authorization, pursuant to the Criminal Justice Act. Based upon her work thus far consisting of translating approximately 1383 text messages, it is apparent, due to her assessment, that she will exceed this amount. It is estimated that the cost for her to resume and complete this work will be approximately $2,000.00. We therefore request that the Court authorize her services in the amount of $2,000.00 pursuant to the Criminal Justice Act.

Sincerely,

/s/ Gerald J. Di Chiara

Application GRANTED.

SO ORDERED.

*[Signature: Valerie Caproni]*

Date: March 16, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE