**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/29/2021

GERALD J. DI CHIARA
Attorney at Law

585 Stewart Avenue, Suite L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

September 29, 2021

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re:  U.S. v. Juan Hernandez
     19 CR 862 (VEC)

Dear Judge Caproni,

I hereby request that the Court allow 15 additional hours to associate Nicholas Pinto to the remainder of the case, Nunc Pro Tunc to August 2, 2021. Mr. Pinto has currently virtually exhausted the 10 additional hours granted by the Court, due in part to his assistance in the recent rescheduling of Mr. Hernandez's plea and the necessary additional meetings with Mr. Hernandez at the MDC, to prepare him for the plea. Mr. Hernandez is scheduled to be sentenced on November 16, 2021. Due to Mr. Hernandez's emotional and mental health issues Mr. Pinto's work is necessary and valuable in meeting with Mr. Hernandez, who has gained a trust with him, toward preparing for the sentencing submission.

Sincerely,

/s/ Gerald J. Di Chiara

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: September 29, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE