**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

GERALD J. DI CHIARA
Attorney at Law

585 Stewart Avenue, Suite L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

December 14, 2021

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
40 Foley Square
N.Y. N.Y. 10007

Re:   U.S. v. Juan Hernandez
      19 Cr 862(VEC)

Dear Judge Caproni,

    I hereby request an adjournment of the sentence of Juan Hernandez from January 4, 2022 to March 16, 2022, at 2:00 p.m. AUSA Adam Hobson consents to this request.

    This request is necessary in order to fully prepare our sentencing submission to the Court on behalf of Mr. Hernandez. At our request, given the complexities of this matter, the Court appointed Elizabeth A. Owen, Ph.D., a clinical psychologist, as our mitigation expert. She is in the process of testing Hernandez, evaluating him and preparing her report. Given his extensive medical and psychological record and history, this is an involved process. She has met with him at MDC, but due to time restrictions, scheduling irregularities and other factors she needs a few more visits with him at the MDC, to complete her work.

    We are also awaiting the final presentence report and Probation's recommendation. Probation has just recently received our objections. That having been completed we expect to receive a final pre-sentence report shortly.

    We have consulted with the court and been advised that March 16, 2022 at 2:00 p.m. is potentially available with the Court. Wherefore, it is requested that this matter be adjourned to that date and time.

Sincerely,

/s/ Gerald J. Di Chiara

Application GRANTED.

Mr. Juan Hernandez's sentencing, which is currently scheduled on Tuesday, January 4, 2022 at 11:00 A.M., is adjourned to **Wednesday, March 16, 2022 at 2:00 P.M.** The parties' sentencing submissions are due no later than **Wednesday, March 2, 2022**.

The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

SO ORDERED.

*[Signature]*   Date: December 14, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE