# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/16/2022

GERALD J. DI CHIARA
Attorney at Law

585 Stewart Avenue, Suite L-16
Garden City, New York 11530
(212)679-1958

Laura Di Chiara, Esq.

February 16, 2022

Judge Valerie E. Caproni
U.S. District Court
Southern District of New York
40 Centre Street
New York, N.Y. 10007

Re:     U.S. v. Juan Hernandez
        19 Cr 862 (VEC)

Dear Judge Caproni,

It is hereby requested that the sentencing of Juan Hernandez be adjourned from March 16, 2022 to May 25, 2022 at 2:00 p.m. My office has contacted AUSA Adam Hobson, and the Government consents to this request.

Due to the MDC shutdown of legal visits from late December, 2021 through February 7th, 2022, the appointed mitigation expert and counsel have been unable to meet with Mr. Hernandez. To compound the problem Dr. Owen contracted COVID and is recently recovered. Therefore, the time is needed for Dr. Owen and counsel to continue meeting with Mr. Hernandez, complete her evaluation, and prepare her report. We have been advised that Dr. Owen requires approximately 3 additional sessions with Mr. Hernandez. This request will provide sufficient time for the expert to complete her report, for defense submissions to be finalized, and accommodate counsel's schedule as well.

Wherefore, it is requested in the interest of justice that the sentencing be adjourned to May 25, 2022 at 2:00 p.m. which should allow sufficient time for the submission to be completed.

Sincerely,

/s/ Gerald J. Di Chiara

Application GRANTED.

Juan Hernandez's sentencing, currently scheduled for Wednesday, March 16, 2022 at 2:00 P.M., is adjourned to **Wednesday, May 25, 2022 at 2:30 P.M.** (The Court notes that this is a half hour later than the time requested by the parties.)  Pre-sentencing submissions are due no later than **Wednesday, May 11, 2022**.

SO ORDERED.

Date: February 16, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE